UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEFFREY H. BRETT,

    Plaintiff,

v.                                                Case No: 8:18-cv-1131-T-36AEP

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

# **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Anthony E. Porcelli on August 1, 2019 (Doc. 18). Magistrate Judge Porcelli recommends that the decision of the Commissioner be reversed and remanded. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

After careful consideration of the Report and Recommendation of the Magistrate Judge, and upon this Court's independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED** and **ADJUDGED** as follows:

(1)     The Report and Recommendation of the Magistrate Judge (Doc. 18) is **ADOPTED, CONFIRMED,** and **APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

(2)     The final decision of the Commissioner is **REVERSED**. This case is **REMANDED** to the Commissioner for further evaluation and proceedings.

(3) The Clerk is directed to terminate any pending motions, enter a judgment in favor of Plaintiff, and close this case.

**DONE** and **ORDERED** at Tampa, Florida on August 16, 2019.

Charlene Edwards Honeywell
United States District Judge

**Copies furnished to:**
Counsel of Record
U.S. Magistrate Judge Anthony E. Porcelli