# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JEFFREY H. BRETT,

    Plaintiff,

v.                                                  Case No: 8:18-cv-1131-CEH-AEP

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Anthony E. Porcelli (Doc. 25). In the Report and Recommendation, Magistrate Judge Porcelli recommends that: (1) Plaintiff's Attorney's Unopposed Motion for Award of Attorney's Fees pursuant to 42 U.S.C. § 406(b) (Doc. 23) be granted and (2) Plaintiff's counsel be awarded attorney's fees in the amount of $25,967.06 pursuant to 42 U.S.C. § 406(b). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

    **ORDERED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 25) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's Attorney's Unopposed Motion for Award of Attorney's Fees pursuant to 42 U.S.C. § 406(b) (Doc. 23) is GRANTED.

(3) Plaintiff's counsel is awarded attorney's fees in the amount of $25,967.06 pursuant to 42 U.S.C. § 406(b).

**DONE AND ORDERED** at Tampa, Florida on July 3, 2023.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Anthony E. Porcelli
Counsel of Record